IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL ANN JOHNSON-HESS, | ) | CASE NO. 1:17-CV-262 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On July 28, 2017, the parties filed a Joint Motion to Remand under Sentence Four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), wherein they request that the Court remand the case for further proceedings and enter judgment. Doc. 16 ("Joint Motion"). The parties stipulate that:

> Upon remand, the Commissioner will vacate the findings in the Administrative Law Judge's decision, conduct a new hearing, and develop the administrative record as necessary to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act. Upon remand, the Appeals Council will instruct the ALJ to re-evaluate the record medical opinions, re-evaluate the mental residual functioning capacity, and issue a new decision.

Doc. 16.

Upon consideration of the parties' Joint Motion, the Court hereby grants the parties' Joint Motion, remands the case for further proceedings consistent with the parties' Joint Motion, and enters judgment in favor of Plaintiff.

Dated: July 28, 2017

_____
Kathleen B. Burke
United States Magistrate Judge